AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

IRENE R.,

_____
*Plaintiff*

v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

_____
*Defendant*

)
)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Dec 01, 2021

SEAN F. McAVOY, CLERK

Civil Action No.  4:20-cv-5180-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Summary Judgment, ECF No. 18, is GRANTED.  The Commissioner's Motion for Summary Judgment, ECF No. 21, is DENIED.  JUDGMENT is entered in favor of Plaintiff REVERSING and REMANDING the matter to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Edward F. Shea _____ on motions for Summary Judgment, ECF Nos. 18 and 21.

Date:  12/1/2021 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Lennie Rasmussen
_____
*(By) Deputy Clerk*

Lennie Rasmussen
_____